WRIGHT, FINLAY & ZAK, LLP
Edgar C. Smith, Esq.
Nevada Bar No. 5506
Victoria L. Hightower, Esq.
Nevada Bar No. 10897
7785 W. Sahara Ave, Suite 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
vhightower@wrightlegal.net
*Attorneys for Defendants, BAC Home Loans Servicing, LP fka Countrywide Home Loans Servicing, LP and Carrington Mortgage Services*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| RJRN HOLDINGS LLC,<br><br>Plaintiff,<br>vs.<br><br>RHONDA DAVIS; BAC HOME LOANS SERVICING, LP, FKA COUNTRYWIDE HOME LOANS SERVICING, LP; CARRINGTON MORTGAGE SERVICES; HACIENDA NORTH HOMEOWNERS' ASSOCIAITON; and DOES 1 through 10, inclusive; ROE CORPORATIONS 1 through 10, inclusive,<br><br>Defendants. | Case No.:<br><br>**PETITION FOR REMOVAL OF ACTION** |

**TO: THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEVADA:**

Pursuant to 28 U.S.C. §§ 1441 and 1446, Defendants BAC Home Loans Servicing, LP fka Countrywide Home Loans Servicing, LP ("BAC") and Carrington Mortgage Services ("Carrington"), (collectively hereinafter "Defendants"), by and through its counsel of record, Dana Jonathon Nitz, Esq. and Victoria L. Hightower, Esq., of the law firm of Wright, Finlay & Zak, LLP, hereby removes this action to the United States District Court for the District of Nevada, and in support thereof, state as follows:

1. The above-entitled action was commenced on or about June 16, 2015, in the Eighth Judicial District Court for the State of Nevada in and for the County of Clark ("State

Court") under the designated Case Number A-15-720000-C (the "State Court Action"). Plaintiff named BAC and Carrington as Defendants, among other defendants.

2. Plaintiff's Complaint in the State Court Action asserts claims for declaratory relief/quiet title, preliminary and permanent injunction and slander to title, against Defendants, concerning the real property located at 5234 Fire Night Ave., Las Vegas, NV 89122, APN: 161-28-316-025.

3. The ground for this removal is federal question jurisdiction. Pursuant to 28 U.S.C. 1331, "[t]he district courts shall have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States." The Property at issue in this matter is secured by a Deed of Trust concerning a Federal Fair Housing Act ("FHA") loan, and is therefore governed by federal law.

4. This removal is timely. The Petition is timely because it does not appear that the Defendants have been properly served with the summons and complaint, and the statutory period of time in which to remove this case has not yet begun to run. Defendants discovered this action or about June 16, 2015 and even measured from that date, the Petition for Removal is timely.

5. One year has not elapsed from the date the action in state court commenced.

6. Venue is proper in the unofficial Southern Division of the District pursuant to 28 U.S.C. § 1441(a) because this District embraces the place where the state court action is pending.

7. Pursuant to 28 U.S.C. § 1446(a), Defendants have annexed all process, pleadings, and Orders served and not served upon them, which are annexed hereto as **Exhibit "A."**

8. Pursuant to 28 U.S.C. § 1441(c), a true copy of the original Petition for Removal has been filed concurrently with the Eighth Judicial District Court, Clark County, Nevada and served upon the Plaintiff in this case.

9. Defendants reserve the right to supplement this Petition for Removal when additional information becomes available. Defendants further reserve all rights including, but not limited to, defenses and objections as to venue, personal jurisdiction, and service. The filing of this Petition for Removal is subject to and without waiver of any such defense or objection.

10. A removing party may amend its Petition for Removal as of right within 30 days of service of the Summons and Complaint. <u>Rodgers v. Travelers Prop. Cas. Co. of America</u>, 2008 WL 3992801, 3 (D. Nev. 2008) (holding "Defendants' Notice of Removal may be freely amended prior to expiration of the initial 30-day removal period established by 28 U.S.C. § 1446).

DATED this 2nd day of July, 2015.

WRIGHT, FINLAY & ZAK, LLP

_____
Edgar C. Smith, Esq.
Nevada Bar No. 5506
Victoria L. Hightower, Esq.
Nevada Bar No. 10897
7785 W. Sahara Ave, Suite 200
Las Vegas, NV 89117
Attorneys for Defendants, BAC Home Loans Servicing, LP fka Countrywide Home Loans Servicing, LP and Carrington Mortgage Services

- 3 -
PETITION FOR REMOVAL OF ACTION

## CERTIFICATE OF MAILING

I HEREBY CERTIFY that I am an employee of WRIGHT, FINLAY & ZAK, LLP; that service of the foregoing **PETITION FOR REMOVAL OF ACTION** was made on the 2 day of July, 2015, by depositing a true copy of same in the United States Mail, at Las Vegas, Nevada, addressed as follows:

Michael Beede, Esq.
2300 W. Sahara Ave. #420
Las Vegas, NV 89102
*Attorney for Plaintiff*

_____
An Employee of WRIGHT, FINLAY & ZAK, LLP