WRIGHT, FINLAY & ZAK, LLP
Dana Jonathon Nitz, Esq.
Nevada Bar No. 0050
Victoria L. Hightower, Esq.
Nevada Bar No. 10897
7785 W. Sahara Ave, Suite 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
vhightower@wrightlegal.net
*Attorneys for Defendants, BAC Home Loans Servicing, LP fka Countrywide Home Loans Servicing, LP and Carrington Mortgage Services*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| RJRN HOLDINGS LLC,<br><br>Plaintiff,<br>vs.<br><br>RHONDA DAVIS; BAC HOME LOANS SERVICING, LP, FKA COUNTRYWIDE HOME LOANS SERVICING, LP; CARRINGTON MORTGAGE SERVICES; HACIENDA NORTH HOMEOWNERS' ASSOCIAITON; and DOES 1 through 10, inclusive; ROE CORPORATIONS 1 through 10, inclusive,<br><br>Defendants. | Case No.: 2:15-cv-01257-JCM-NJK<br><br>**STATEMENT OF REMOVAL** |

Defendants, BAC Home Loans Servicing, LP fka Countrywide Home Loans Servicing, LP and Carrington Mortgage Services (collectively hereinafter "Defendants"), hereby files this Statement of Removal pursuant to the Court's July, 2015 Minute Order.

**1.     The date(s) on which you were served with a copy of the complaint in the removed action:** Defendants have not yet been served with a copy of the Complaint.

**2.     The date(s) on which you were served with a copy of the summons:** The Defendants have not yet been served with a copy of the summons.

**3.     In removals based on diversity jurisdiction, the names of any served defendants who are citizens of Nevada, the citizenship of the other parties and a summary of defendant's evidence of the amount in controversy:** Not Applicable.

- 1 -

4. If your notice of removal was filed more than thirty (30) days after you first received a copy of the summons and complaint, the reason removal has taken place at this time and the date you first received a paper identifying the basis for removal: This removal is timely. Defendant, BAC Home Loans Servicing, LP fka Countrywide Home Loans Servicing, LP and Carrington Mortgage Services, have not yet been served with a copy of the Summons and Complaint.

5. In actions removed on the basis of the Court's jurisdiction in which the action in state court was commenced more than one year before the date of removal, the reasons this action should not summarily be remanded to the state court: Not Applicable.

6. The name(s) of any Defendant(s) known to have been served before you filed the Notice of Removal who did not formally join in the Notice of Removal and the reasons they did not: Defendant Hacienda North Homeowners Association and Rhonda Davis had not yet appeared at the time BAC Home Loans Servicing, LP fka Countrywide Home Loans Servicing, LP and Carrington Mortgage Services removed this action.

DATED this 21st day of July, 2015.

WRIGHT, FINLAY & ZAK, LLP

_____
Dana Jonathon Nitz, Esq.
Nevada Bar No. 0050
Victoria L. Hightower, Esq.
Nevada Bar No. 10897
7785 W. Sahara Ave, Suite 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
vhightower@wrightlegal.net
*Attorneys for Defendants, BAC Home Loans Servicing, LP fka Countrywide Home Loans Servicing, LP and Carrington Mortgage Services*

## CERTIFICATE OF MAILING

I HEREBY CERTIFY that I am an employee of WRIGHT, FINLAY & ZAK, LLP; that service of the foregoing **STATEMENT OF REMOVAL** was made on the 21 day of July, 2015, by depositing a true copy of same in the United States Mail, at Las Vegas, Nevada, addressed as follows:

Michael Beede, Esq.
2300 W. Sahara Ave. #420
Las Vegas, NV 89102
*Attorney for Plaintiff*

_____
An Employee of WRIGHT, FINLAY & ZAK, LLP