WRIGHT, FINLAY & ZAK, LLP
Edgar C. Smith, Esq.
Nevada Bar No. 5506
Victoria L. Hightower, Esq.
Nevada Bar No. 10897
7785 W. Sahara Ave, Suite 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
vhightower@wrightlegal.net
*Attorneys for Defendants, BAC Home Loans Servicing, LP fka Countrywide Home Loans Servicing, LP and Carrington Mortgage Services*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| RJRN HOLDINGS LLC,<br><br>        Plaintiff,<br>vs.<br><br>RHONDA DAVIS; BAC HOME LOANS SERVICING, LP, FKA COUNTRYWIDE HOME LOANS SERVICING, LP; CARRINGTON MORTGAGE SERVICES; HACIENDA NORTH HOMEOWNERS' ASSOCIAITON; and DOES 1 through 10, inclusive; ROE CORPORATIONS 1 through 10, inclusive,<br><br>        Defendants. | Case No.: 2:15-cv-01257-JCM-NJK<br><br>**CERTIFICATE OF INTERESTED PARTIES** |

Pursuant to F.R.C.P. 7.1 and Local Rule 7.1-1 of the U.S. District Court Rules, the undersigned, Edgar C. Smith, Esq., and Victoria Hightower, Esq., of the law firm of WRIGHT FINLAY & ZAK, LLP, as counsel of record for Defendants, BAC Home Loans Servicing, LP fka Countrywide Home Loans Servicing, LP and Carrington Mortgage Services (collectively "Defendants") hereby certifies that there are no other known interested parties other than those disclosed in this Certificate. Defendants' counsel further certifies that Defendants BAC Home Loans Servicing, LP fka Countrywide Home Loans Servicing, LP is a subsidiary of Bank of America, N.A., which is publically traded on the NYSE.

- 1 -

Defendants' counsel further certifies that Carrington Mortgage Services is a wholly owned subsidiary of Carrington Capital Management, LLC and there are currently no owners holding in excess of 10% of outstanding stock.

Other interest parties in this matter are Plaintiff, RJRN Holdings LLC and Defendants Rhonda Davis and Hacienda North Homeowners' Association.

These representations are made to enable judges of the Court to evaluate possible disqualification or recusal.

DATED this 27th day of July, 2015.

WRIGHT, FINLAY & ZAK, LLP

_____
Edgar C. Smith, Esq.
Nevada Bar No. 5506
Victoria L. Hightower, Esq.
Nevada Bar No. 10897
7785 W. Sahara Ave, Suite 200
Las Vegas, NV 89117
Attorneys for Defendants, BAC Home Loans Servicing, LP fka Countrywide Home Loans Servicing, LP and Carrington Mortgage Services

## CERTIFICATE OF MAILING

I HEREBY CERTIFY that I am an employee of WRIGHT, FINLAY & ZAK, LLP; that service of the foregoing **CERTIFICATE OF INTERESTED PARTIES** was made on the 27 day of July, 2015, by depositing a true copy of same in the United States Mail, at Las Vegas, Nevada, addressed as follows:

Michael Beede, Esq.
2300 W. Sahara Ave. #420
Las Vegas, NV 89102
*Attorney for Plaintiff*

_____
An Employee of WRIGHT, FINLAY & ZAK, LLP