WRIGHT, FINLAY & ZAK, LLP
Dana Jonathon Nitz, Esq.
Nevada Bar No. 0050
Victoria L. Hightower, Esq.
Nevada Bar No. 10897
7785 W. Sahara Ave, Suite 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
vhightower@wrightlegal.net
*Attorneys for Defendants, BAC Home Loans Servicing, LP fka Countrywide Home Loans Servicing, LP and Carrington Mortgage Services*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| RJRN HOLDINGS LLC, <br><br> Plaintiff, <br><br> vs. <br><br> RHONDA DAVIS; BAC HOME LOANS SERVICING, LP, FKA COUNTRYWIDE HOME LOANS SERVICING, LP; CARRINGTON MORTGAGE SERVICES; HACIENDA NORTH HOMEOWNERS' ASSOCIAITON; and DOES 1 through 10, inclusive; ROE CORPORATIONS 1 through 10, inclusive, <br><br> Defendants. | Case No.: 2:15-cv-01257-JCM-NJK <br><br> **BAC HOME LOANS SERVICING, LP, FKA COUNTRYWIDE HOME LOANS SERVICING, LP AND CARRINGTON MORTGAGE SERVICES STATUS REPORT** |

Defendants, BAC Home Loans Servicing, LP fka Countrywide Home Loans Servicing, LP and Carrington Mortgage Services, (Collectively "Defendants") and Plaintiff RJRN HOLDINGS LLC ("RJRN" or Plaintiff") submits the following Status Report, as required by the Court's July 2, 2015 Minute Order Concerning Removal:

1. Set forth the status of this action, including a list of any pending motions and/or other matters which require the attention of this Court:

On July 2, 2015, Defendants filed a Petition for Removal.

On July 21, 2015, Defendants filed a Statement of Removal.

On July 27, 2015, Defendants filed a Certificate of Interested Parties.

- 1 -

2. Include a statement by counsel of action required to be taken by this Court:

No action at this time.

3. Include as attachments copies of any pending motions, responses and replies thereto and/or any other matters requiring the Court's attention not previously attached to the Notice of Removal:

DATED this 3rd day of August, 2015.

       WRIGHT, FINLAY & ZAK, LLP

       _____
       Edgar C. Smith, Esq.
       Nevada Bar No. 5506
       Victoria L. Hightower, Esq.
       Nevada Bar No. 10897
       7785 W. Sahara Ave, Suite 200
       Las Vegas, NV 89117
       Attorneys for Defendants, BAC Home Loans Servicing, LP fka Countrywide Home Loans Servicing, LP and Carrington Mortgage Services

## CERTIFICATE OF MAILING

I HEREBY CERTIFY that I am an employee of WRIGHT, FINLAY & ZAK, LLP; that service of the foregoing **BAC HOME LOANS SERVICING, LP, FKA COUNTRYWIDE HOME LOANS SERVICING, LP AND CARRINGTON MORTGAGE SERVICES STATUS REPORT** was made on the 3rd day of August, 2015, by depositing a true copy of same in the United States Mail, at Las Vegas, Nevada, addressed as follows:

Michael Beede, Esq.
2300 W. Sahara Ave. #420
Las Vegas, NV 89102
*Attorney for Plaintiff*

_____
An Employee of WRIGHT, FINLAY & ZAK, LLP