**ORD**
MICHAEL N. BEEDE, ESQ.
Nevada State Bar No. 13068
**THE LAW OFFICE OF MIKE BEEDE, PLLC**
2300 W Sahara Ave., Suite 420
Las Vegas, NV 89102
Telephone (702) 473-8406
Facsimile (702) 832-0248
Attorney for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| RJRN HOLDINGS LLC,<br><br>   Plaintiff,<br>vs.<br><br>RHONDA DAVIS; BAC HOME LOANS SERVICING, LP, FKA COUNTRYWIDE HOME LOANS SERVICING, LP; CARRINGTON MORTGAGE SERVICES; HACIENDA NORTH HOMEOWNERS' ASSOCIATION; and DOES 1 through 10, inclusive; ROE CORPORATIONS 1 through 10, inclusive,<br><br>   Defendants, | CASE NO. 2:15-cv-01257-JCM-NJK |

### STIPULATION AND ORDER FOR DISMISSAL OF PARTY FOR AND DISCLAIMER OF FEES AND ASSESSMENTS

   IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff, RJRN HOLDINGS LLC and Defendant, HACIENDA NORTH HOMEOWNERS ASSOCIATION, by and through their respective undersigned counsel of agree and stipulate as follows:

   1. The property located at 5234 Fire Night Ave., Las Vegas, NV 89122, Assessor Parcel Number 161-28-316-025, ("Subject Property") is located within the HACIENDA NORTH HOMEOWNERS ASSOCIATION. (the "HOA").

   2. The Subject Property is subject to the HOA's declarations ("CC&Rs") and NRS 116 *et seq*.

3. The HOA had a perfected lien for assessments pursuant to NRS 115.3116(5) which was foreclosed upon on April 18, 2012.

4. Defendant agrees that as a result of the April 18, 2012 HOA lien foreclosure sale, all fees, liens, assessments, or other amounts owed to the HOA were either paid or extinguished by way of the foreclosure sale. Defendant further disclaims any right to seek payment for any amounts which may have been assessed or come due prior to or on April 18, 2012. Any and all notices of delinquent assessment liens recorded prior to April 18, 2012, are of no force or effect against the Subject Property.

5. In the event that the current or future owner or owners of the Subject Property fail to pay assessments as required by the CC&Rs, the HOA may enforce liens which are the result of any failure to pay amounts which have come due after April 18, 2012 through foreclosure if necessary, pursuant to the CC&Rs and NRS 116 *et seq.*

6. Each party shall bear their own attorney's fees.

DATED this __31st__ day of __August__, 2015.

BY: __/s/ Elizabeth Lowell__
ELIZABETH LOWELL, ESQ.
Pengilly Law Firm
1995 Village Center Circle #190
Las Vegas, NV 89134
Attorney for Defendant, HACIENDA NORTH HOMEOWNERS ASSOCIATION

BY: _____
MICHAEL BEEDE, ESQ.
Law Office of Michael Beede
2300 W. Sahara Ave. #420
Las Vegas, NV 89102
Attorney for Plaintiff, RJRN HOLDINGS LLC

## ORDER

Pursuant to the foregoing Stipulation, and good cause showing therefore:

**IT IS ORDERED** that in the above-captioned and numbered matter, HACIENDA NORTH HOMEOWNERS ASSOCIATION, shall be dismissed from this action, and that shall disclaim any right to seek enforcement or payment from Plaintiffs or their successors for amounts which may have been due or assessed prior to April 18, 2012. All parties to bear their own attorneys'

///

fees and costs.

DATED September 8, 2015.

                                /s/ James C. Mahan
                                UNITED STATES DISTRICT JUDGE

Submitted by:

The Law Office of Mike Beede, PLLC

BY: _____
Michael Beede, Esq.
The Law Office of Mike Beede, PLLC
Nevada Bar #13068
2300 W Sahara Ave., Suite 420
Las Vegas, NV 89102