Law Office of Michael Beede
MICHAEL BEEDE, Esq.
Nevada Bar No. 13068
ZACHARY CLAYTON, ESQ.
Nevada Bar No. 13464
2300 W. Sahara Ave. #420
Las Vegas, NV 89102
T: 702-473-8406
F: 702-832-0248
eservice@LegalLV.com
*Attorneys for Plaintiff*

DISTRICT COURT
CLARK COUNTY, NEVADA

RJRN HOLDINGS LLC,
                          Plaintiff,

vs.

RHONDA DAVIS, et al.,
Defendants,

CASE No.: 2:15-cv-01257-JCM-NJK

## JOINT INTERIM STATUS REPORT

Pursuant to Local Rule 26-3, the parties to this action report as follows to the Court:

1. **Available Trial Dates:** The parties submit that they are available the following times for trial: May 16-27, 2016; June 6-17, 2016.

2. **Estimate of Trial Time:** The parties estimates that the trial of this action will take three to four (3-4) trial days.

3. **Elimination of Trial Time by Substantive Motions:** The parties anticipates that substantive motions will be filed in this action. The parties are unsure if the anticipated trial time in this matter will be shortened by the Court's decisions on those motions.

…

…

1

4. **Possibility of Request For Additional Discovery Time:** The parties do not presently

believe an extension of discovery will be necessary.

| | |
|---|---|
| DATED this 31st day of December, 2015. | DATED this 31st day of December, 2015. |
| Wright, Finlay & Zak LLP | Law Office of Michael Beede |
| By:  _/s/ Victoria Hightower_<br>EDGAR SMITH, ESQ.<br>Nevada State Bar No. 5506<br>VICTORIA HIGHTOWER, ESQ.<br>Nevada State Bar No. 10897<br>7785 W. Sahara Ave., Suite 200<br>Las Vegas, NV 89117<br>*Attorney for Defendants BAC Home Loans Servicing, LP fka Countrywide Home Loans Servicing, LP and Carrington Mortgage Services* | By:  _/s/ Zachary Clayton_<br>MICHAEL BEEDE, Esq.<br>Nevada Bar No. 13068<br>ZACHARY CLAYTON, ESQ.<br>Nevada Bar No. 13464<br>2300 W. Sahara Ave. #420<br>Las Vegas, NV 89102<br>eservice@LegalLV.com<br>*Attorneys for Plaintiff* |

2

**CERTIFICATE OF SERVICE**

I, the undersigned, declare under penalty of perjury, that I am over the age of eighteen (18) years, and I am not a party to, not interested in, this action. On this date, I caused to be served a true and correct copy of the foregoing Interim Status Report by the method indicated:

_____ U.S. Mail

_____ U.S. Certified Mail

_____ Facsimile Transmission

_____ Federal Express

\_\_\_X\_\_\_ Electronic Service via CM/ECF

_____ E-Mail

By: _/s/Amanda Abril_____

An Employee of The Law Offices of Mike Beede, PLLC