Michael Beede, Esq.
Nevada State Bar No. 13068
Zachary Clayton, Esq.
Nevada State Bar No. 13464
**THE LAW OFFICE OF MIKE BEEDE, PLLC**
2300 W. Sahara Ave. #420
Las Vegas, NV 89102
T: 702-473-8406
F: 702-832-0248
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| RJRN HOLDINGS, LLC,<br><br>              Plaintiff,<br><br>v.<br><br>RHONDA DAVIS; BAC HOME LOANS SERVICING, LP, FKA COUNTRYWIDE HOME LOANS SERVICING, LP; CARRINGTON MORTGAGE SERVICES; HACIENDA NORTH HOMEOWNERS' ASSOCIATION; and DOES 1 through 10, inclusive; ROE CORPORATIONS 1 through 10, inclusive,<br><br>              Defendants. | CASE NO. 2:15-cv-01257-JCM-NJK<br><br>**STIPULATION AND ORDER FOR INTERVENTION BY THIRD-PARTY** |

Plaintiff, RJRN Holdings, LLC ("Plaintiff"), and Proposed Intervenor RH Kids LLC ("Intervenor"), by and through both parties' attorney of record, Michael N. Beede, Esq., Defendants BAC Home Loans Servicing, LP fka Countrywide Home Loans Servicing, LP ("BAC") and Carrington Mortgage Services ("Carrington") (collectively, "Defendants") by and through their attorney of record, Victoria Hightower, Esq., hereby agree and stipulate as follows:

1.     This matter concerns the real property located at 5234 Fire Night Ave., Las Vegas, NV 89122 bearing Clark County Assessor's Parcel Number 161-28-316-025 (the "Property").

///

///

2.      On December 23, 2015, Plaintiff transferred title to the Property to Intervenor by way of a Quit-Claim Deed recorded with the Clark County Recorder as instrument no. 20151223-0003934.

3.      Pursuant to FRCP 24(a)(2), Intervenor RH Kids LLC, as record owner, claims an interest in the Property and therefore the parties to this matter agree that RH Kids LLC has a right to intervene in this matter.

NOW THEREFORE, it is hereby agreed and stipulated by and between the Plaintiff, Intervenor, and the Defendants as follows:

IT IS HEREBY STIPULATED AND AGREED that the Intervenor, RH Kids LLC, as current record owner of the Property, shall intervene in this matter and be added as Third-Party Plaintiff.

DATED this 16th day of February, 2016             DATED this 16th day of February, 2016

THE LAW OFFICE OF MIKE BEEDE, PLLC             WRIGHT, FINLAY & ZAK, LLP

/s/Michael Beede                                                      /s/Victoria Hightower
Michael Beede, Esq.                                                Edgar Smith, Esq.
Nevada State Bar No. 13068                                   Nevada State Bar No. 5506
Zachary Clayton, Esq.                                             Victoria Hightower, Esq.
Nevada State Bar No. 13464                                   Nevada State Bar No. 10897
2300 W. Sahara Avenue, #420                               7785 W. Sahara Ave., Suite 200
Las Vegas, Nevada 89102                                      Las Vegas, NV 89117
*Attorney for RJRN Holdings, LLC*                      *Attorney for Defendants BAC Home*
*and RH Kids, LLC*                                                *Loans Servicing, LP fka Countrywide*
                                                                                *Home Loans Servicing, LP and*
                                                                                *Carrington Mortgage Services*

## ORDER

**IT IS SO ORDERED** that the Intervenor, RH Kids, LLC, as current record owner of the Property, shall intervene in this matter and be added as Third-Party Plaintiff.

IT IS SO ORDERED February 23, 2016.

_____
United States Magistrate Judge

Respectfully Submitted by:
THE LAW OFFICE OF MIKE BEEDE, PLLC

By: _/s/Michael Beede_____
 Michael Beede, Esq.
 Nevada State Bar No. 13068
 Zachary Clayton, Esq.
 Nevada State Bar No. 13464
 2300 W. Sahara Avenue, #420
 Las Vegas, Nevada 89102
 Telephone: (702) 473-8406
*Attorney for RJRN Holdings, LLC and RH Kids, LLC*