# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| RJRN HOLDINGS, LLC, | Case No. 2:15-cv-01257-JCM-NJK |
| Plaintiff(s), | ORDER |
| vs. | |
| RHONDA DAVIS, et al., | (Docket No. 22) |
| Defendant(s). | |

Pending before the Court is a joint motion to extend various deadlines in light of the potential intervention by a new third party buyer. Docket No. 22. Concurrently herewith, the Court is granting the stipulation for RH Kids, LLC to intervene in this case. In light of that intervention, the joint motion to extend is hereby **DENIED** without prejudice. The parties are **ORDERED** to confer on the need for any additional discovery and shall file, no later than March 2, 2016, a joint statement regarding a schedule for the case to proceed.

IT IS SO ORDERED.

DATED: February 23, 2016

_____
NANCY J. KOPPE
United States Magistrate Judge