

15cv1257