1  MICHAEL BEEDE, ESQ.
   Nevada Bar No. 13068
2  CHERYL A. GRAMES, ESQ.
   Nevada State Bar No. 12752
3  Law Office of Mike Beede, PLLC
4  2300 W. Sahara Ave., Suite 420
   Las Vegas, NV 89102
5  Phone: 702-473-8406
6  eservice@legallv.com
   *Attorneys for Plaintiff*
7

8                    UNITED STATES DISTRICT COURT

9                         DISTRICT OF NEVADA

10 | RJRN HOLDINGS LLC, | CASE NO. 2:15-cv-01257-JCM-NJK |
|---|---|
|                     Plaintiff, | **NOTICE OF DISASSOCIATION** |
| v. | |
| RHONDA DAVIS; BAC HOME LOANS SERVICING LP F/K/A COUNTRYWIDE HOME LOANS SERVICING LP; CARRINGTON MORTGAGE SERVICES; HACIENDA NORTH HOMEOWNERS' ASSOCIATION; AND DOES 1 through 10, inclusive; ROE CORPORATIONS 1 through 10, inclusive, | |
|                     Defendants. | |
| RH KIDS LLC, | |
|                     Third-Party Plaintiff, | |
| vs. | |
| BAC HOME LOANS SERVICING, LP F/K/A COUNTRYWIDE HOME LOANS SERVICING, LP; and CARRINGTON MORTGAGE SERVICES, | |
|                     Third-Party Defendant, | |

     Plaintiff RJRN Holdings LLC and Third Party Plaintiff RH Kids LLC by and through their attorneys of record, the Law Office of Mike Beede, PLLC, hereby gives notice that Zachary Clayton, Esq. is no longer an associated attorney.

     The Law Office of Mike Beede, PLLC will continue to represent Plaintiff and Third Party Plaintiff and requests that Cheryl A. Grames, Esq. receive all future notices.

DATED this __7th__ day of __June__, 2016.

                        LAW OFFICE OF MICHAEL BEEDE, PLLC

                        By: __/s/Cheryl A. Grames__
                        MICHAEL BEEDE, ESQ.
                        Nevada Bar No. 13068
                        CHERYL A. GRAMES, Esq.
                        Nevada State Bar No. 12752
                        2300 W. Sahara Ave., #420
                        Las Vegas, NV 89102

IT IS SO ORDERED.
Dated: June 7, 2016

                                         _____
                                         United States Magistrate Judge