1  LAW OFFICE OF MIKE BEEDE, PLLC
   MICHAEL N. BEEDE, ESQ.
2  Nevada Bar No. 13068
3  CHERYL A. GRAMES, ESQ.
   Nevada Bar No. 12752
4  2300 W. Sahara Ave. #420
   Las Vegas, NV 89102
5  T: 702-473-8406
6  F: 702-832-0248
   eservice@LegalLV.com
7  *Attorneys for Plaintiff/Counter-defendant RJRN HOLDINGS, LLC*
8  *and Third-Party Plaintiff/Counter-defendant RH KIDS, LLC*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| RJRN HOLDINGS LLC, | CASE NO. 2:15-CV-1257-JCM-NJK |
| Plaintiff, | |
| vs. | |
| RHONDA DAVIS; BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING, LP; CARRINGTON MORTGAGE SERVICES; HACIENDA NORTH HOMEOWNERS' ASSOCIATION; and DOES 1 through 10, inclusive; ROE CORPORATIONS 1 through 10, inclusive, | **AFFIDAVIT OF SERVICE FOR RHONDA DAVIS** |
| Defendants, | |
| RH KIDS, LLC, | |
| Third-Party Plaintiff, | |
| vs. | |
| RHONDA DAVIS; BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING, LP; CARRINGTON MORTGAGE SERVICES; HACIENDA NORTH HOMEOWNERS' ASSOCIATION; and DOES 1 through 10, | |

| | |
|---|---|
| 1 | inclusive; ROE CORPORATIONS 1 through 10, inclusive, |
| 2 | |
| 3 | Third-Party Defendants, |
| 4 | |
| 5 | BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING, LP |
| 6 | |
| 7 | Counterclaimant, |
| 8 | |
| 9 | vs. |
| 10 | RH KIDS, LLC, a limited liability company of unknown origin; RJRN HOLDINGS, LLC, a Nevada limited liability company; REX ARCHAMBAULT, an individual, |
| 11 | |
| 12 | |
| 13 | Counter-Defendants. |

**AFFIDAVIT OF SERVICE FOR RHONDA DAVIS**

| | | |
|---|---|---|
| 1 | STATE OF NEVADA   ) | **AFFIDAVIT OF SERVICE** |
| 2 | ) ss.<br>COUNTY OF CLARK   ) | |

3  Karie Castle, being first duly sworn, deposes and says: That affiant is and was on the day when
4  (s)he received the within: **SUMMONS AND THIRD PARTY COMPLAINT,**
5  a citizen of the United States, over the age of 18 years, and not a party to nor interested in the
6  within action; That affiant received the within named document(s) on the 18th day of May, 2016,
7  and served the same upon: **RHONDA DAVIS**
8  By Serving: Rhonda Davis
9  at: 950 Seven Hills #814
10 in the City of Henderson, County of Clark, State of Nevada, on the 26th day of June, 2016, at 4:50
11 p.m.

Karie Castle #R002343
Attorney's Process
Nevada License #429
320 E. Warm Springs Rd., #4A-14
Las Vegas, NV 89119
(702) 547-9036

SUBSCRIBED AND SWORN TO BEFORE me
this 27th day of June, 2016.

NOTARY PUBLIC

SCOTT B. HETRICK
Notary Public State of Nevada
No. 94-1814-1
My Appt. Exp. Sept. 9, 2018

- 1 -