**MSJ**
DARREN T. BRENNER, ESQ.
Nevada Bar No. 8386
THERA A. COOPER, ESQ.
Nevada Bar No. 13468
**AKERMAN LLP**
1160 Town Center Drive, Suite 330
Las Vegas, Nevada 89144
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: darren.brenner@akerman.com
Email: thera.cooper@akerman.com

*Attorneys for Defendants, BAC Home Loans Service, LP fka Countrywide Home Loans Service, LP and Carrington Mortgage Services*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| RJRN HOLDINGS, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>RHONDA DAVIS; BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING, LP; CARRINGTON MORTGAGE SERVICES; HACIENDA NORTH HOMEOWNERS' ASSOCIATION; and DOES 1 through 10, inclusive; ROE CORPORATIONS 1 through 10, inclusive,<br><br>Defendants. | Case No.:   2:15-CV-1257-JCM-NJK<br><br>**DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** |
| RH KIDS, LLC,<br><br>Third-Party Plaintiff,<br><br>vs.<br><br>RHONDA DAVIS; BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING, LP; CARRINGTON MORTGAGE SERVICES; HACIENDA NORTH HOMEOWNERS' ASSOCIATION; and  DOES 1 through 10, inclusive; ROE CORPORATIONS 1 through 10, inclusive,<br><br>Third-Party Defendants. | |

require that HOAs yield to the FHA-insured mortgagee with respect to the timing of their recovery out of foreclosure proceeds. *See* NRS 116.31162. The HOAs will still receive the fees that are entitled to super-priority status following a sale conducted by the mortgagee. But allowing an HOA to foreclose on an FHA-insured loan plainly frustrates the objectives of HUD regulations in restricting foreclosures on at-risk FHA borrowers where specified foreclosure avoidance measures offer some promise of keeping the borrowers in their homes.

Because the HOA Lien Statute "interferes with the federal purpose or operates to impede or condition the implementation" of the FHA Programs, it is preempted as applied to FHA-insured mortgages, like Bank of America's Deed of Trust is this case. *See Rust*, 597 F.2d at 179. Since RH Kids' quiet-title action is entirely dependent on the validity of the preempted state law, its quiet title and declaratory judgment claims fail.

## V. CONCLUSION

For the foregoing reasons, this Court should grant summary judgment in favor of Defendants on RH Kids' quiet title and declaratory relief claims, and Bank of America's claims for quiet title and declaratory relief.

DATE: September 22, 2016.

**AKERMAN LLP**

*/s/ Thera Cooper*
DARREN T. BRENNER, ESQ.
Nevada Bar No. 8386
THERA A. COOPER, ESQ.
Nevada Bar No. 13468
1160 Town Center Drive, Suite 330
Las Vegas, Nevada 89144

*Attorneys for Defendants, BAC Home Loans Service, LP fka Countrywide Home Loans Service, LP and Carrington Mortgage Services*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I am an employee of Akerman LLP, and that on the 22nd day of September, 2016, I caused to be served a true and correct copy of the foregoing **DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**, in the following manner:

(**Electronic Service**)   Pursuant to FRCP 5(b), the above referenced document was electronically filed on the date hereof with the Clerk of the Court for the United States District Court by using the Court's CM/ECF system and served through the Court's Notice of electronic filing system automatically generated to those parties registered on the Court's Master E-Service List.

Michael N. Beede, Esq.
Cheryl A. Grames, Esq.
Law Office of Mike Beede, PLLC
2300 W. Sahara Avenue, Suite 420
Las Vegas, Nevada 89102
eservice@legallv.com
cheryl@legallv.com
*Attorneys for Plaintiff/Counter Defendant
RJRN Holdings, LLC
Third-Party Plaintiff/CounterDefendant
RH Kids, LLC and Rex Archambault*

                                 */s/ Carla Llarena*
                                 An employee of AKERMAN LLP