DARREN T. BRENNER, ESQ.
Nevada Bar No. 8386
THERA A. COOPER, ESQ.
Nevada Bar No. 13468
**AKERMAN LLP**
1160 Town Center Drive, Suite 330
Las Vegas, Nevada 89144
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: darren.brenner@akerman.com
Email: thera.cooper@akerman.com

*Attorneys for Defendants, BAC Home Loans Service, LP fka Countrywide Home Loans Service, LP, Carrington Mortgage Services, and Mortgage Electronic Registration Systems, Inc.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| RJRN HOLDINGS, LLC,<br><br>         Plaintiff,<br><br>vs.<br><br>RHONDA DAVIS; BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING, LP; CARRINGTON MORTGAGE SERVICES; HACIENDA NORTH HOMEOWNERS' ASSOCIATION; and DOES 1 through 10, inclusive; ROE CORPORATIONS 1 through 10, inclusive,<br><br>         Defendants. | Case No.: 2:15-CV-1257-JCM-NJK<br><br>**NOTICE OF DISASSOCIATION** |
| RH KIDS, LLC,<br><br>         Third-Party Plaintiff,<br><br>vs.<br><br>RHONDA DAVIS; BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING, LP; CARRINGTON MORTGAGE SERVICES; HACIENDA NORTH HOMEOWNERS' ASSOCIATION; and  DOES 1 through 10, inclusive; ROE CORPORATIONS 1 through 10, inclusive,<br><br>         Third-Party Defendants. | |

{41039860;1}                                                                 1

| | |
|---|---|
| BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING, LP, | |
| Counterclaimant, | |
| vs. | |
| RH KIDS, LLC, a limited liability company of unknown origin; RJRN HOLDINGS, LLC, a Nevada limited liability company; REX ARCHAMBAULT, an individual, | |
| Counter-Defendants. | |

BAC Home Loans Servicing. (**BANA**), Carrington Mortgage Services (**Carrington**), and Mortgage Electronic Registration Systems, Inc. (**MERS**) (collectively, **Defendants**), hereby provides notice Miles N. Clark, Esq., is no longer associated with the law firm of Akerman LLP. **BANA** requests Mr. Clark be removed from the CM/ECF service list.

Akerman LLP will continue to represent **Defendants** and requests DARREN T. BRENNER, ESQ. and THERA A. COOPER, ESQ. receive all future notices.

Respectfully submitted, this 1st day of March, 2017.

**AKERMAN LLP**

/s/ *thera cooper, Esq.*
DARREN T. BRENNER, ESQ.
Nevada Bar No. 8386
THERA A. COOPER, ESQ.
Nevada Bar No. 13468
1160 Town Center Drive, Suite 330
Las Vegas, Nevada 89144
*Attorneys for Bank of America, N.A.*

**COURT APPROVAL**

IT IS SO ORDERED.

Date: March 2, 2017

_____
UNITED STATES MAGISTRATE JUDGE

{41039860;1}  2