DARREN T. BRENNER, ESQ.
Nevada Bar No. 8386
THERA A. COOPER, ESQ.
Nevada Bar No. 13468
**AKERMAN LLP**
1160 Town Center Drive, Suite 330
Las Vegas, Nevada 89144
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: darren.brenner@akerman.com
Email: thera.cooper@akerman.com

*Attorneys for BAC Home Loans Service, LP fka Countrywide Home Loans Service, LP, Carrington Mortgage Services, and Mortgage Electronic Registration Systems, Inc.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| RJRN HOLDINGS, LLC,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>RHONDA DAVIS; BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING, LP; CARRINGTON MORTGAGE SERVICES; HACIENDA NORTH HOMEOWNERS' ASSOCIATION; and DOES 1 through 10, inclusive; ROE CORPORATIONS 1 through 10, inclusive,<br><br>　　　　Defendants. | Case No.:　　2:15-CV-1257-JCM-NJK<br><br>**STIPULATION AND ORDER CERTIFYING COURT'S MARCH 1, 2017 ORDER AS FINAL PURSUANT TO FRCP 54(b)** |
| RH KIDS, LLC,<br><br>　　　　Third-Party Plaintiff,<br><br>vs.<br><br>RHONDA DAVIS; BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING, LP; CARRINGTON MORTGAGE SERVICES; HACIENDA NORTH HOMEOWNERS' ASSOCIATION; and DOES 1 through 10, inclusive; ROE CORPORATIONS 1 through 10, inclusive,<br><br>　　　　Third-Party Defendants. | |

{41271538;1}　　　　　　　　　　　　　　1

BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING, LP,

    Counterclaimant,

 vs.

RH KIDS, LLC, a limited liability company of unknown origin; RJRN HOLDINGS, LLC, a Nevada limited liability company; REX ARCHAMBAULT, an individual,

    Counter-Defendants.

  Defendants BAC Home Loans Servicing, LP fka Countrywide Home Loans Servicing, LP (**Bank of America**), Carrington Mortgage Services, LLC (**Carrington**), and Mortgage Electronic Registration Systems, Inc. (**MERS**) (collectively, **Defendants**), Plaintiff RJRN Holdings, LLC (**RJRN**), Third-Party Plaintiff RH Kids, LLC (**RH Kids**), and Counter-Defendant Rex Archambault (collectively with RJRN and RH Kids, **Plaintiffs**) (collectively with Defendants, the **Parties**) hereby stipulate that this Court's Order (ECF No. 89) granting RH Kids' motion for summary judgment (ECF No. 78) and denying Defendants' motion for summary judgment (ECF Nos. 76, 77) should be certified as final pursuant to FED. R. CIV. P. 54(b).

  1. This is an HOA super-priority lien case. RJRN, who purchased the Property at Hacienda North Homeowners Association's (**HOA**) foreclosure sale, asserted claims against Bank of America, Carrington, the HOA, and Rhonda Davis for quiet title/declaratory relief and injunctive relief. RJRN also asserted a slander of title claim against Bank of America and Carrington. (ECF No. 4-1).

  2. RJRN subsequently dismissed its claims against the HOA in exchange for a disclaimer of fees and assessments. (ECF Nos. 11, 12).

  3. Rhonda Davis was dismissed from this action. (ECF No. 15).

  4. After filing its complaint, RJRN sold the Property to RH Kids, who intervened as a Third-Party Plaintiff on February 23, 2016. (ECF Nos. 20, 23). RH Kids then filed a Third-Party Complaint, in which it asserted claims against Defendants and Davis for quiet title/declaratory relief and injunctive relief. (ECF No. 28).

5. Bank of America answered the Third-Party Complaint, and asserted counterclaims against Plaintiffs for quiet title/declaratory relief and unjust enrichment, and asserted a counterclaim for injunctive relief against RH Kids. (ECF No. 40).

6. Defendants moved to dismiss RJRN's claims in their entirety. (ECF No. 47). Defendants moved for summary judgment on RH Kids quiet title and declaratory relief claims and Bank of America's quiet title and declaratory counterclaims. (ECF Nos. 76, 77). RH Kids moved for summary judgment on all of its claims. (ECF No. 78).

7. On February 15, 2017, this Court granted Defendants' motion to dismiss with respect to RJRN's claims for injunctive relief and slander of title, and denied it with respect to RJRN's quiet title/declaratory relief claim. (ECF No. 87).

8. On March 1, 2017, this Court granted RH Kids' motion for summary judgment on its quiet title claim, and denied Defendants' motion for summary judgment. (ECF No. 89).

9. The only remaining claims are RJRN's quiet title claim (which is likely mooted by its transfer of the Property to RH Kids), Bank of America's unjust enrichment claim (which is likely mooted by the Court's order quieting title in RH Kids' favor), and RH Kids' claims against Rhonda Davis (who has not appeared in this matter).

10. Because this Court's March 1, 2017 resolved most of the parties' substantive claims, and an appeal would expedite the resolution of this litigation, there is no just reason to delay the appeal of this matter.

///
///
///
///
///
///
///
///
///

{41271538;1} 3

11. Based on the foregoing, the Parties respectfully request that this Court certify as final its March 1, 2017 Order (ECF No. 89) pursuant to FED. R. CIV. P. 54(b) and order the clerk to enter judgment accordingly, as there is no just reason to delay the appeal of this matter.

DATED: April 3, 2017                                              DATED: April 3, 2017.

**THE LAW OFFICES OF MIKE BEEDE, PLLC**          **AKERMAN LLP**

*/s/ Michael Beede*                                                   */s/ Thera A. Cooper*
MICHAEL BEEDE, ESQ.                                       DARREN T. BRENNER, ESQ.
Nevada Bar No. 13068                                          Nevada Bar No. 8386
2470 Saint Rose Parkway                                     THERA A. COOPER, ESQ.
Henderson, Nevada 89074                                    Nevada Bar No. 13468
Telephone: (702) 473-8406                                   1160 Town Center Drive, Suite 330
                                                                              Las Vegas, Nevada 89144
*Attorney for RJRN Holdings, LLC, RH Kids,*         Telephone:   (702) 634-5000
*LLC, and Rex Archambault*                                  Facsimile:     (702) 380-8572

Attorneys for BAC Home Loans Servicing, LP fka Countrywide Home Loans Servicing, LP, Carrington Mortgage Services, LLC, and Mortgage Electronic Registration Systems, Inc.

{41271538;1}                                                                  4

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| RJRN HOLDINGS, LLC,<br><br>        Plaintiff,<br>vs.<br><br>RHONDA DAVIS; BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING, LP; CARRINGTON MORTGAGE SERVICES; HACIENDA NORTH HOMEOWNERS' ASSOCIATION; and DOES 1 through 10, inclusive; ROE CORPORATIONS 1 through 10, inclusive,<br><br>        Defendants.<br><br>RH KIDS, LLC,<br><br>        Third-Party Plaintiff,<br>vs.<br><br>RHONDA DAVIS; BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING, LP; CARRINGTON MORTGAGE SERVICES; HACIENDA NORTH HOMEOWNERS' ASSOCIATION; and DOES 1 through 10, inclusive; ROE CORPORATIONS 1 through 10, inclusive,<br><br>        Third-Party Defendants.<br><br>BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING, LP,<br><br>        Counterclaimant,<br>vs.<br><br>RH KIDS, LLC, a limited liability company of unknown origin; RJRN HOLDINGS, LLC, a Nevada limited liability company; REX ARCHAMBAULT, an individual,<br><br>        Counter-Defendants. | Case No.:   2:15-CV-1257-JCM-NJK<br><br>**ORDER CERTIFYING COURT'S MARCH 1, 2017 ORDER AS FINAL PURSUANT TO FRCP 54(b)** |

Based on the stipulation filed by Defendants BAC Home Loans Servicing, LP fka Countrywide Home Loans Servicing, LP (**Bank of America**), Carrington Mortgage Services (**Carrington**), and Mortgage Electronic Registration Systems, Inc. (**MERS**) (collectively,

{41271538;1}                                                                 1

**Defendants**), Plaintiff RJRN Holdings, LLC (**RJRN**), Third-Party Plaintiff RH Kids, LLC (**RH Kids**), and Counter-Defendant Rex Archambault (collectively with RJRN and RH Kids, **Plaintiffs**) (collectively with Defendants, the **Parties**), this Court's Order (ECF No. 89) granting RH Kids' motion for summary judgment (ECF No. 78) and denying Defendants' motion for summary judgment (ECF Nos. 76, 77) is certified as final pursuant to FED. R. CIV. P. 54(b).  This Court expressly finds that there is no just reason for delaying the appeal of this Court's Order, and the clerk is expressly directed to enter judgment in Plaintiff's favor accordingly.

DATED: April 6, 2017.

THE HONORABLE JAMES C. MAHAN

_____
UNITED STATES DISTRICT COURT JUDGE