AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

**DISTRICT OF** Nevada

RH Kids, LLC

Third-Party Plaintiff

v.

Rhonda Davis, et al

Third-Party Defendants

**JUDGMENT IN A CIVIL CASE**

Case Number: 2:15-cv01257-JCM-NJK

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☐ **Notice of Acceptance with Offer of Judgment.** A notice of acceptance with offer of judgment has been filed in this case.

IT IS ORDERED AND ADJUDGED

that judgment is hereby entered in favor of Third-Party Plaintiff against Third-Party Defendants pursuant to Order #92

April 6, 2017
Date

/s/ Debra K. Kempi
Clerk

/s/ Justin Matott
(By) Deputy Clerk