DARREN T. BRENNER, ESQ.
Nevada Bar No. 8386
THERA A. COOPER, ESQ.
Nevada Bar No. 13468
**AKERMAN LLP**
1160 Town Center Drive, Suite 330
Las Vegas, Nevada 89144
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: darren.brenner@akerman.com
Email: thera.cooper@akerman.com

*Attorneys for BAC Home Loans Service, LP fka Countrywide Home Loans Service, LP, Carrington Mortgage Services, and Mortgage Electronic Registration Systems, Inc.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| RJN HOLDINGS, LLC,<br><br>            Plaintiff<br><br>vs.<br><br>RHONDA DAVIS; BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING, LP; CARRINGTON MORTGAGE SERVICES; HACIENDA NORTH HOMEOWNERS' ASSOCIATION; and DOES 1 through 10, inclusive; ROE CORPORATIONS 1 through 10, inclusive<br>            Defendants. | Case No.:    2:15-CV-1257-JCM-NJK<br><br>**NOTICE OF APPEAL** |
| RH KIDS, LLC,<br><br>            Third-Party Plaintiff,<br><br>vs.<br><br>RHONDA DAVIS; BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING, LP; CARRINGTON MORTGAGE SERVICES; HACIENDA NORTH HOMEOWNERS' ASSOCIATION; and DOES 1 through 10, inclusive; ROE CORPORATIONS 1 through 10, inclusive,<br><br>            Third-Party Defendants | |

{41600052;1}                                        1

| | |
|---|---|
| 1 | BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING, LP, |
| 2 | |
| 3 | Counterclaimant, |
| 4 | vs. |
| 5 | RH KIDS, LLC, a limited liability company of unknown origin; RJRN HOLDINGS, LLC, a Nevada limited liability company; REX ARCHAMBAULT, an individual, |
| 6 | |
| 7 | |
| 8 | Counter-Defendants. |

Notice is hereby given that Defendants BAC Home Loans Servicing, LP fka Countrywide Home Loans Servicing, LP (**Bank of America**), Carrington Mortgage Services, LLC (**Carrington**), and Mortgage Electronic Registration Systems, Inc. (**MERS**) (collectively, **Defendants**) hereby appeal to the United States Court of Appeals for the Ninth Circuit from the final judgment entered in favor of the Third-Party Plaintiff against Third-Party Defendants in this action on the 6th day of April, 2017.

### **Representation Statement**

1. Darren T. Brenner and Thera A. Cooper of Akerman LLP will represent BAC Home Loans Servicing, LP formerly known as Countrywide Home Loans Servicing, LP, Carrington Mortgage Services, LLC, and Mortgage Electronic Registration Systems, Inc.

DARREN T. BRENNER, ESQ.
Nevada Bar No. 8386
THERA A. COOPER, ESQ.
Nevada Bar No. 13468
AKERMAN LLP
1160 Town Center Drive, Suite 330
Las Vegas, Nevada 89144
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: darren.brenner@akerman.com
Email: thera.cooper@akerman.com

…

…

{41600052;1}                                    2

2. Upon information and belief Michael N. Beede of The Law office of Mike Beede, PLLC will represent RJRN Holdings LLC, RH KIDS, LLC and Rex Archambault.

Michael N. Beede, Esq.
LAW OFFICES OF MIKE BEEDE
2470 St. Rose Parkway, Suite 201
Las Vegas, Nevada 89074

DATED this 1st day of May, 2017

**AKERMAN LLP**

*/s/ Thera Cooper*
DARREN T. BRENNER, ESQ.
Nevada Bar No. 8386
THERA A. COOPER, ESQ.
Nevada Bar No. 13468
1160 Town Center Drive, Suite 330
Las Vegas, Nevada 89144

*Attorneys for Defendants, BAC Home Loans Service, LP fka Countrywide Home Loans Service, LP, Carrington Mortgage Services, LLC, and Mortgage Electronic Registration Systems, Inc.*

{41600052;1}   3

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I am an employee of AKERMAN LLP, and that on this 1st day of May, 2017, I caused to be served a true and correct copy of the foregoing **NOTICE OF APPEAL**, in the following manner:

(**ELECTRONIC SERVICE**)  Pursuant to FRCP 5(b), the above referenced document was electronically filed on the date hereof with the Clerk of the Court for the United States District Court by using the Court's CM/ECF system and served through the Court's Notice of electronic filing system automatically generated to those parties registered on the Court's Master E-Service List as follows:

Michael N. Beede, Esq.
LAW OFFICES OF MIKE BEEDE
2470 St. Rose Parkway, Suite 201
Las Vegas, Nevada 89074

*Attorney for Plaintiff*

  /s/  Carla Llarena
An employee of AKERMAN LLP

{41600052;1}