UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| RJRN HOLDINGS, LLC, | Case No. 2:15-CV-1257 JCM (NJK) |
| Plaintiff(s), | ORDER |
| v. | |
| RHONDA DAVIS, et al., | |
| Defendant(s). | |

Presently before the court is the matter *of RJRN Holdings LLC v. Davis et al.*, case number 2:15-cv-01257-JCM-NJK.

On March 1, 2017, the court granted summary judgment in favor of counter defendant RH Kids, LLC and held that the HOA foreclosures upon the instant property extinguished the deed of trust. (ECF No. 89). On April 6, 2017, the court certified its March 1, 2017, order as final and directed the clerk to enter judgment. (ECF No. 92). The clerk entered judgment, and defendants BAC Home Loans Servicing, LP; Carrington Mortgage Services, and third-party defendant Mortgage Electronic Systems, Inc. filed a notice of appeal. (ECF Nos. 93, 94).

The clerk did not close the case after entering judgment. Accordingly, the court will order the clerk to correct the docket. The court issues this order as an administrative matter which has no effect on the pending appeal.

…

…

…

…

**James C. Mahan**
**U.S. District Judge**

Accordingly,

IT IS SO ORDERED.

The clerk shall close the case.

DATED July 30, 2019.

_____
UNITED STATES DISTRICT JUDGE